# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAMEON BROME,** | : | |
| | : | |
| Petitioner, | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 18-2789** |
| **MAHALLY, et al.,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this _5th___ day of September, 2018, upon careful and independent consideration of the petition for Writ of *Habeas Corpus*, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.
2. The petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**.
3. The Motion to Stay (Doc. 8) is **DENIED**.
4. There is no probable cause to issue a certificate of appealability.
5. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

    **BY THE COURT:**

    **/s/ Petrese B. Tucker**

    _____
    **Hon. Petrese B. Tucker, U.S.D.J.**